```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    18cr749-06
                                     :    (DLC)
            -v-                      :
                                     :    ORDER
HOWARD AYLLON,                       :
                                     :
                  Defendant.         :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

With the consent of counsel for the Government and the defendant, it is hereby

ORDERED that the Clerk of Court shall unseal Document #172 containing the February 28, 2020 <u>Amended Judgment In A Criminal Case</u> and file it in the public record.

Dated:   New York, New York
         April 2, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge